Opinion issued August 6, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00452-CV

————————————

**ERORENWAEN OSAGIEDE, Appellant**

**V.**

**LAWNAOMI ADERONKE OSAGIEDE, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-07394**

---

## MEMORANDUM OPINION

Appellant, Erorenwaen Osagiede, has filed a "Motion to Non-Suit Without Prejudice" that we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a), (c). Further, although the motion does not include a

certificate of conference, more than ten days have passed and no party has responded to the motion.  *See* Tex. R. App. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.